**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  **07-cv-00795-EWN-CBS**

**ELVIRA R. OWENS**

Plaintiff,

v.

**THE COLORADO STATE NURSING HOME AT FITZSIMONS (Defendant);**
**a department of THE CO. DEPT. OF HUMAN SERVICES (Defendant);**
**a department of THE STATE OF COLORADO (Defendant);**

Defendant(s).

---

**ORDER ON PLAINTIFF'S MOTION TO DISMISS CASE (WITHOUT PREJUDICE)**

---

This court, having reviewed PLAINTIFF'S MOTION TO DISMISS CASE (WITHOUT PREJUDICE), and finding that "good cause" has been shown, hereby grants PLAINTIFF'S MOTION TO DISMISS CASE (WITHOUT PREJUDICE).

DATED this 24th day of October, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge